**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>v.<br><br>J. AGUERERRALDE, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-01622-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION DENING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>[ECF No. 15] |

Plaintiff Brady K. Armonstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 10, 2013, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 14, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on November 14, 2013, are adopted in full; and

2. Plaintiff's motion for a temporary restraining order and preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated:   **January 9, 2014**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE