# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. AGUERERRALDE, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01622-LJO-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S NOVEMBER 14, 2013<br><br>[ECF No. 28] |

　　　　Plaintiff Brady K. Armstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Now pending before the Court is Plaintiff's motion for reconsideration of the Court's March 6, 2014, order denying his fourth motion for an extension of time to file an amended complaint.

　　　　Inasmuch as Plaintiff has filed an amended complaint on March 26, 2014, Plaintiff's motion for reconsideration of the denial of his fourth request for an extension of time to file such complaint is MOOT. Plaintiff is advised that the Court will screen his amended complaint in due course and appropriate orders will issue.

IT IS SO ORDERED.

　Dated:　**March 27, 2014**　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1