# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | Case No.: 1:12-cv-01622-LJO-SAB (PC) |
| Plaintiff, | ORDER REGARDING EX PARTE COMMUNICATION WITH COURT |
| v. | |
| J. AGUERERRALDE, et al., | |
| Defendants. | |

Plaintiff Brady K. Armonstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

To date, the Court has received two telephone calls to the undersigned chambers from Plaintiff. Plaintiff is instructed to refrain from communicating with the Court ex parte regarding any matter involving his case. If Plaintiff wishes an issue to be heard and addressed by the Court, he must file an appropriate motion relating to such matter. After the motion is deemed submitted under Local Rule

///
///
///
///
///
///

1

230(l), the Court will rule on such motion.  If Plaintiff is uncertain as to any applicable rules and/or procedures, he is directed to review the Local Rules of the United States District Court for the Eastern District of California available at this Court's website, www.caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **May 20, 2014**

UNITED STATES MAGISTRATE JUDGE