UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>                    Plaintiff,<br><br>       v.<br><br>J. AGUERERRALDE, et al.,<br><br>                    Defendants. | Case No.: 1:12-cv-01622-LJO-SAB (PC)<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 39] |

Plaintiff Brady K. Armonstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 8, 2014, the Court found Plaintiff stated a cognizable claim for retaliation against Defendant J. Agurerralde and forwarded Plaintiff the necessary service of document forms for completion and return to the Court within thirty days.  The thirty day period of time expired and Plaintiff has failed to comply with the Court's order.  Accordingly, on June 30, 2014, the undersigned issued an order to show cause why the action should not be dismissed.  Plaintiff failed to file a response to the order.

Accordingly,

IT IS HEREBY RECOMMENDED that this action be DISMISSED, without prejudice, based on Plaintiff's failure to comply with a court order.

1

This Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendation, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 2, 2014**

UNITED STATES MAGISTRATE JUDGE