UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>J. AGUERERRALDE, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-01622-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S REQUESTS FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 35, 37, 38] |

Plaintiff Brady K. Armonstrong is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 30, 2014, the Magistrate Judge issued a Findings and Recommendations to deny Plaintiff's requests for injunctive relief filed May 7, 2014, and June 26, 2014.  The Findings and Recommendations contained notice that objections were to be filed within twenty (20) days.  Plaintiff did not file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on June 30, 2014, are adopted in full; and
2. Plaintiff's requests for injunctive relief filed May 7, 2014, and June 26, 2014, are DENIED.

IT IS SO ORDERED.

Dated:   **September 13, 2014**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE